UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:15-cr-203-S3-02 |
| | § |
| JUAN PEDRO SALDIVAR FARIAS, | § |
| Defendant. | § |

**UNOPPOSED MOTION FOR CONTINUANCE OF DETENTION HEARING**

NOW COMES the United States of America, Nicholas J. Ganjei, United States Attorney, and Casey N. MacDonald, Assistant United States Attorneys, and files this Motion for a Continuance, and as good cause would show the Court the following:

I.

A detention hearing in this case is presently scheduled on January 22, 2026 at 10:00 a.m. The United States requests a one-week continuance of the hearing for the following reasons:

1. The Government has been advised via multiple emails that the Defendant's family is in the process of retaining attorney Edmundo Espinoza to represent him in this case. Following the Defendant's initial appearance on January 21, 2026, Mr. Espinoza informed the Government that he was meeting with the Defendant's family on January 22, 2026, for the purposes of representation. A one-week continuance provides the Defendant and/or his family with sufficient time to retain counsel.

2. The Government attorneys assigned to this case are scheduled for re-arraignment in United States v. Antonio Curo, Criminal Case No. 4:24-cr-0498 tomorrow, January 23, 2026, at 10:30 a.m. before United States District Judge Alfred H. Bennett. This defendant is charged with distribution of fentanyl resulting in two deaths. Family members of victims are traveling out of state to attend this hearing.

3. The case agents now assigned to this case are based in Laredo, Texas. The original case agents are now based in Austin, Texas, Phoenix, Arizona and San Francisco, California. The testifying witness at any detention hearing will be traveling from either Austin, Texas or Phoenix, Arizona.

4. It is the Government's understanding that the Defendant has been incarcerated in a

1

        Mexican prison for approximately 13 years since 2013.[1] On January 20, 2026, the Government of Mexico transferred the Defendant from prison to the United States for prosecution pursuant to the Government of Mexico's National Security Law.

5.     The Defendant is a Mexican national and has no legal status in the United States. The Defendant has no known ties to the United States. For that reason, the Government submits that the Court will be unable to set any conditions or combinations of conditions for pretrial release and that the Defendant may ultimately waive his right to a detention hearing.

6.     For these reasons, the United States respectfully requests that the detention hearing in this case be continued for one week.

7.     The Defendant is unopposed to the Government's Motion for Continuance of Detention Hearing.

**RESPECTFULLY SUBMITTED** on January 22, 2026.

By:    */s Casey N. MacDonald*
        Casey N. MacDonald
        Assistant United States Attorney
        Federal Bar No. 915752
        New Jersey Bar No.043362000
        1000 Louisiana St., Suite 2300
        Houston, TX 77002
        Phone: 713-567-9000
        Fax:    713-718-3301

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 22, 2026, I conferred with Tate Williams, appointed counsel for the defendant, and he indicated he was UNOPPOSED to the Government's Motion for Continuance of Detention Hearing.

*s/ Casey N. MacDonald*
Casey N. MacDonald

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Motion for

---

[1] The Government is in the process of obtaining information concerning the details and official records of the Defendant's foreign conviction(s).

Continuance of Detention Hearing was served on counsel of record, on January 22, 2026.

                                          ***s/ Casey N. MacDonald***
                                          Casey N. MacDonald
                                          Assistant United States Attorney

Case 4:15-cr-00203   Document 810   Filed 01/22/26 in TXSD   Page 4 of 4