# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
**Houston Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 15-cr-0203-ASH** |
| **V.** | ) | |
| | ) | |
| **JUAN PEDRO SALDIVAR-FARIAS,** | ) | |
| **Defendant.** | ) | |
| | ) | |

### UNOPPOSED MOTION FOR COURT ORDER
### FOR BOP-FDC WARDEN TO ALLOW
### INMATE SALDIVAR-FARIAS, JUAN PEDRO
### TELEPHONE CALLS TO ATTORNEY AND IMMEDIATE FAMILY

**COMES NOW** defendant herein, JUAN PEDRO SALDIVAR-FARIAS, by and through his attorney of record, Edmundo Espinoza, and files this Unopposed motion for an Order permitting Inmate SALDIVAR-FARIAS (USM# 14265-506) to be provided with telephones calls to his attorney of record and to his immediate family by the Warden of the Federal Detention Center (FDC), located at 1200 Texas Avenue, Houston, Texas, where defendant has been placed in Administrative Detention since his arrival at the FDC on January 20, 2026.

Since that time, defendant has not been allowed to telephone his attorney and/or his immediate family and has not been provided with any administrative rights or safeguards under *Title 28 Code of Federal Regulations 540.100 et sequel.* He has not been allowed access to his own funds to telephone his attorney and family – additionally, he has not been allowed to purchase food and other necessities however these issues are not the subject of this motion - contrary to the requirements of *28 CFR 540. 204(a),* which allows at least three (3) telephone calls per month. Because Inmate SALDIVAR has been at the Special Housing Unit since January 20, 2026, without any telephone calls, he should be entitled to immediate six (6) telephone calls

1

split between his attorney, this declarant, and his immediate family and to access his funds to accomplish the above.

This motion is supported by the attached declaration of his attorney of record, Edmundo Espinoza, attached exhibits and all the files and records in this case.

Dated: April 7, 2026.                                    Respectfully Submitted,

                                                          __/s/__edmundo espinoza_____
                                                          EDMUNDO ESPINOZA, attorney
                                                          for defendant Saldivar-Farias, Juan
                                                          Pedro
                                                          160 Patriot Drive
                                                          Buda, Texas 78610
                                                          Tel (214) 475-3015
                                                          espinozalawyers@gmail.com
                                                          Cal. State Bar No. 64059
                                                          Admitted to practice in this district.

### Certificate of Conference

This is to certify that on this date, this counsel contacted by electronic mail, Ms. Casey McDonald (AUSA) and Anival J. Alanis (AUSA) and requested their position on this motion. The government informed counsel that it does not oppose it.

                                                          ___/s/__edmundo espinoza_____
                                                          EDMUNDO ESPINOZA, attorney
                                                          for defendant Saldivar-Farias, Juan
                                                          Pedro

### Certificate of Service

I certify that on April 7, 2026, I filed the above document with the clerk of this court using this Court's case filing system.

                                                          ___/s/__edmundo espinoza_____
                                                          EDMUNDO ESPINOZA, attorney
                                                          for Saldivar-Farias, Juan Pedro