# EXHIBITS
## 1, 2, 3 and 4

# EXHIBIT 1
## 28 CFR 540.100
## Purpose and Scope
## of Telephone Privileges

## <ins>28 CFR 540.100</ins>

This document is current through the March 30, 2026 issue of the Federal Register, with the exception of the amendments appearing at 91 FR 15540 and 91 FR 15696.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS > Title 28 Judicial Administration > Chapter V — Bureau of Prisons, Department of Justice > Subchapter C — Institutional Management > Part 540 — Contact with Persons in the Community > Subpart I — Telephone Regulations for Inmates*

# § 540.100 Purpose and scope.

**(a)** The Bureau of Prisons extends telephone privileges to inmates as part of its overall correctional management. Telephone privileges are a supplemental means of maintaining community and family ties that will contribute to an inmate's personal development. An inmate may request to call a person of his or her choice outside the institution on a telephone provided for that purpose. However, limitations and conditions may be imposed upon an inmate's telephone privileges to ensure that these are consistent with other aspects of the Bureau's correctional management responsibilities. In addition to the procedures set forth in this subpart, inmate telephone use is subject to those limitations which the Warden determines are necessary to ensure the security or good order, including discipline, of the institution or to protect the public. Restrictions on inmate telephone use may also be imposed as a disciplinary sanction (see 28 CFR part 541).

**(b)** Except as provided in this rule, the Warden shall permit an inmate who has not been restricted from telephone use as the result of a specific institutional disciplinary sanction to make at least one telephone call each month.

## Statutory Authority

*Authority Note Applicable to 28 CFR Ch. V, Subch. C, Pt. 540*

## History

[44 FR 38249, June 29, 1979; 59 FR 15824, Apr. 4, 1994; 61 FR 90, Jan. 2, 1996]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2026 All rights reserved.

**End of Document**

Edmundo Espinoza

# EXHIBIT 2

28 CFR 541.22
Status of Inmates when
placed in the SHU

## <u>28 CFR 541.22</u>

This document is current through the March 30, 2026 issue of the Federal Register, with the exception of the amendments appearing at 91 FR 15540 and 91 FR 15696.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS > Title 28 Judicial Administration > Chapter V — Bureau of Prisons, Department of Justice > Subchapter C — Institutional Management > Part 541 — Inmate Discipline and Special Housing Units > Subpart B — Special Housing Units*

## § 541.22 Status when placed in the SHU.

When placed in the SHU, you are either in administrative detention status or disciplinary segregation status.

**(a)** Administrative detention status. Administrative detention status is an administrative status which removes you from the general population when necessary to ensure the safety, security, and orderly operation of correctional facilities, or protect the public. Administrative detention status is non-punitive, and can occur for a variety of reasons.

**(b)** Disciplinary segregation status. Disciplinary segregation status is a punitive status imposed only by a Discipline Hearing Officer (DHO) as a sanction for committing a prohibited act(s).

## Statutory Authority

*Authority Note Applicable to 28 CFR Ch. V, Subch. C, Pt. 541*

## History

[53 FR 197, Jan. 5, 1988, as amended at 56 FR 4159, Feb. 1, 1991; *56 FR 31530*, July 10, 1991; *57 FR 23260*, June 2, 1992; *61 FR 47794*, 47795, Sept. 10, 1996; *75 FR 76263*, 76273, Dec. 8, 2010; *76 FR 11078*, 11079, Mar. 1, 2011]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2026 All rights reserved.

**End of Document**

Edmundo Espinoza

# EXHIBIT 3
28 CFR 540.103
Inmate Telephone calls
to Attorneys

## 28 CFR 540.103

This document is current through the March 30, 2026 issue of the Federal Register, with the exception of the amendments appearing at 91 FR 15540 and 91 FR 15696.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS  >  Title 28 Judicial Administration  >  Chapter V — Bureau of Prisons, Department of Justice  >  Subchapter C — Institutional Management  >  Part 540 — Contact with Persons in the Community  >  Subpart I — Telephone Regulations for Inmates*

## § 540.103 Inmate telephone calls to attorneys.

The Warden may not apply frequency limitations on inmate telephone calls to attorneys when the inmate demonstrates that communication with attorneys by correspondence, visiting, or normal telephone use is not adequate.

## Statutory Authority

*Authority Note Applicable to 28 CFR Ch. V, Subch. C, Pt. 540*

## History

[44 FR 38249, June 29, 1979; as redesignated at 59 FR 15824, Apr. 4, 1994]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2026 All rights reserved.

**End of Document**

Edmundo Espinoza

# EXHIBIT 4
## 28 CFR 540.204
Telephone Communication
to immediate family members

## *28 CFR 540.204*

This document is current through the March 31, 2026 issue of the Federal Register, with the exception of the amendments appearing at 91 FR 15696.

*LEXISNEXIS' CODE OF FEDERAL REGULATIONS* > *Title 28 Judicial Administration* > *Chapter V — Bureau of Prisons, Department of Justice* > *Subchapter C — Institutional Management* > *Part 540 — Contact with Persons in the Community* > *Subpart J — Communications Management Housing Units*

## § 540.204 Telephone communication limitations.

**(a)** Monitored telephone communication may be limited to immediate family members only. The frequency and duration of telephone communication may also be limited to three connected calls per calendar month, lasting no longer than 15 minutes. The Warden may require such communication to be in English, or translated by an approved interpreter.

**(b)** Unmonitored telephone communication is limited to privileged communication with the inmate's attorney. Unmonitored privileged telephone communication with the inmate's attorney is permitted as necessary in furtherance of active litigation, after establishing that communication with the verified attorney by confidential correspondence or visiting, or monitored telephone use, is not adequate due to an urgent or impending deadline.

## Statutory Authority

*Authority Note Applicable to 28 CFR Ch. V, Subch. C, Pt. 540*

## History

[*80 FR 3168*, 3177, Jan. 22, 2015]

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright © 2026 All rights reserved.

---

**End of Document**

Edmundo Espinoza