UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § | |
| VS. | | CRIMINAL CASE 4:15-cr-00203-2 |
| JUAN PEDRO SALDIVAR-FARIAS | | |

DEFENDANT JUAN PEDRO SALDIVAR-FARIAS
UNOPPOSED MOTION TO SUBSTITUTE
COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant in the above styled and numbered cause, JUAN PEDRO SALDIVAR-FARIAS respectfully moves the Court for an order to substitute counsel. In support of this motion, JUAN PEDRO SALDIVAR-FARIAS will show the Court as follows:

**I.**

EDMUNDO ESPINOZA was retained to represent Defendant. Defendant no longer wishes to be represented by retained Counsel.

JUAN PEDRO SALDIVAR-FARIAS has retained JUAN L. GUERRA, JR., to represent him in this matter.

**II.**

JUAN PEDRO SALDIVAR-FARIAS prays that the Court enter an order allowing

JUAN L. GUERRA, JR., to substitute for EDMUNDO ESPINOZA.

Respectfully Submitted,

JUAN L. GUERRA, JR. & ASSOCIATES, PLLC

/s/ Juan L. Guerra, Jr.

Juan L. Guerra, Jr.
Federal Bar No. 38079
Texas State Bar Number: 24031407
4101 Washington Ave., 3rd Floor
Houston, TX 77007
(713) 489-6839 - Office
(713) 571-4294 - Fax
jlg@jlglawoffice.com

ATTORNEY FOR DEFENDANT,
JUAN PEDRO SALDIVAR-
FARIAS

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant JUAN PEDRO SALDIVAR-FARIAS'S Motion to Substitute Counsel was sent via CM/ECF to Assistant United States Attorney, Anibal J Alaniz and Attorney EDMUNDO ESPINOZA on the 6th day of May 2026.

/s/ Juan L. Guerra, Jr.
Juan L. Guerra, Jr.

## CERTIFICATE OF CONFERENCE

I certify that I conferred with EDMUNDO ESPINOZA and he is unopposed to this motion.

X_____    5/6/26

FORMER ATTORNEY: EDMUNDO ESPINOZA

I certify that I conferred with Assistant United States Attorney, Anibal J Alaniz and he is unopposed to this motion.

/s/ Juan L. Guerra, Jr.
Juan L. Guerra, Jr.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | |
| **VS.** | § | **CRIMINAL CASE 4:15-cr-00203-2** |
| | § | |
| | § | |
| **JUAN PEDRO SALDIVAR-FARIAS** | § | |
| | § | |
| | § | |

## ORDER ON DEFENDANT JUAN PEDRO SALDIVAR-FARIAS'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Motion to Substitute Counsel is hereby:

_____GRANTED

_____DENIED

Signed in Texas on this the _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE