UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No. 4:15-cr-203-S3-02 |
| | § | |
| JUAN PEDRO SADLIVAR FARIAS | § | |

**UNOPPOSED**
**UNITED STATES OF AMERICA'S**
**MOTION TO CERTIFY CASE AS COMPLEX AND FOR NEW SCHEDULING ORDER**

The United States of America ("Government"), files this unopposed motion to certify case as complex and requests a new scheduling order:

1. Pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii), the Government files this motion to certify the case as complex.

2. Juan Pedro Saldivar Farias ("Defendant") is charged with, among other things, being a leader of a continuing criminal enterprise and various ongoing drug trafficking and importation conspiracies. The prosecution of the instant case will involve large amounts of evidence of the Defendant's involvement in the drug trafficking conspiracy, which is alleged to have spanned from approximately January 1, 2009 through the date the 3rd superseding indictment, that being, June 21, 2017. The Government will also present evidence of substantive counts charging the Defendant with possessing with intent to distribute marijuana and cocaine.

3. The loads of drugs in this case were seized and/or surveilled by law enforcement agents from a variety of state and federal agencies. Accordingly, at trial the Government intends to call witnesses from these various agencies and locations, which will likely require lengthy coordination and logistical efforts.

4. The discovery material consist of voluminous reports thereby requiring Defendant's counsel an unusual amount of time to review.

5. It is estimated that the trial of the Defendant will take approximately two weeks and the Government anticipates calling between twenty (20) and forty (40) witnesses. The number of witnesses called will depend upon how the case develops at trial and may also depend to some extent upon how the Defendant cross-examines them and/or presents evidence of his own.

6. In addition to these witnesses, the Government plans to introduce photographs, video, audio and electronic evidence of the Los Zetas criminal enterprise which the Defendant is alleged to have been a leader.

6. Given the charges and the amount and complexity of the evidence to be reviewed, the Defendant will require significant time to thoroughly review discovery, conduct plea negotiations, and prepare for trial. Based on the above reasons, it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by Title 18 U.S.C. § 3161.

7. Defendant is scheduled for a final pre-trial conference on September 14, 2026 and trial on September 21, 2026. The parties jointly request a continuance of 120 days and request the Court to issue a new scheduling order.

Respectfully submitted,

AARON F. REITZ
United States Attorney

***/s Anibal J. Alaniz***

Anibal J. Alaniz
Assistant United States Attorney
Texas Bar No. 00966600
Federal I.D. No. 12590
1000 Louisiana
Suite 2300

Houston, Texas 77002
713-567-9000 (office)
713-567-9487 (direct)

***s/ Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney
New Jersey State Bar No. 043362000
Federal Bar No. 915752
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9798 (direct)

**CERTIFICATE OF CONFERENCE**

On August 25, 2026, the Government conferred with counsel of record, regarding the Government's Motion to Certify Case as Complex and counsel indicated that he was unopposed to this motion.

***/s Anibal J. Alaniz***
Anibal J. Alaniz
Assistant United States Attorney

***s/ Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

On August 25, 2026, the Government filed this unopposed motion to certify the case as complex and requesting a new scheduling order via ECF and served counsel of record.

***/s Anibal J. Alaniz***

Anibal J. Alaniz
Assistant United States Attorney

***s/ Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney